```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>       Plaintiff,<br><br>   vs.<br><br>Karen Whittingham, et al,<br><br>       Defendants | Case No. **2:10-cv-01832-GEB-EFB**<br><br>**ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: December 13, 2010<br>Time: 9:00 am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference set for December 13, 2010 for a period of ninety (90) days. Plaintiff filed a First Amended Complaint on August 16, 2010, which removed the old property owner and replaced with the correct property owners, Karen Whittingham; Donald L. Smith; Steve Brumm and Elizabeth Flynn. Plaintiff received the summons for these Defendants

on August 17, 2010.  Plaintiff filed a waiver of service as to Defendants Karen Whittingham and Donald L. Smith on November 8, 2010.  The waiver of service grants these Defendants until December 28, 2010 to respond to Plaintiff's First Amended Complaint.  A continuance for a period of ninety (90) days for the status conference will give the Defendants ample time to answer Plaintiff's complaint and for Plaintiff and Defendants to engage in the filing of a Joint Status Conference Statement.

Dated:  November 24, 2010           /s/Scott N. Johnson

                                          Scott N. Johnson,

                                          Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the pretrial scheduling conference is continued to March 14, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**Date:  11/29/2010**

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge